RECEIVED

05 JUL 18 PM 1:35

[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05 cr 05-00148 PJH |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] |
| ) | |
| DARRELL ALAN PETERSON, ) | SPEEDY TRIAL ORDER |
| Defendant. ) | |

The parties appeared for identification of counsel and detention hearing before the Honorable Edward M. Chen on July 11, 2005. The court appointed Assistant Federal Public Defender Josh Cohen to represent Darrell Alan Peterson, and Assistant United States Attorney Alexis Hunter appeared for the government.

The parties requested an extension of time until the date of trial setting before the District Court on July 20, 2005, for production of discovery and examination of same by the defense, with exclusion of time from the Speedy Trial clock for the reasonable time necessary for effective preparation by the government and the defense. Upon inquiry by the Court, the defendant stated he understood the implications of the request as it related

SPEEDY TRIAL ORDER
CR 05-00148 PJH

1 | to his case, and concurred in the request.

2 | Accordingly, the Court finds the ends of justice served by granting an extension of
3 | time from July 11, 2005 to July 20, 2005 at 1:30 P.M. for the reasonable time necessary
4 | for effective preparation by the government and the defendant outweigh the best interest
5 | of the public and the defendant in a speedy trial. The running of the speedy trial clock is
6 | tolled from July 11, 2005 to July 20, 2005 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
7 | B(iv).

8 | IT IS SO ORDERED

10 | DATED: July 18, 2005

~~EDWARD M. CHEN~~ NANDOR VADAS
United States Magistrate Judge

SPEEDY TRIAL ORDER
CR 05-00148 PJH                                2