1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00148 PJH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [~~PROPOSED~~] |
| ) | |
| DARRELL ALAN PETERSON, ) | SPEEDY TRIAL ORDER |
| ) | |
| Defendant. ) | |

The parties made their initial appearance in this court on July 20, 2005, with the defendant represented by Assistant Federal Public Defender Josh Alan Cohen and the government represented by Assistant United States Attorney William I. Shockley.

Mr. Shockley having represented that the remainder of discovery will be produced within the week, and Mr. Cohen having represented that the defense needed until August 17, 2005 in order to process discovery and initiate its investigation, the parties requested an extension of time until August 17, 2005, and stipulated to the exclusion of time from the Speedy Trial clock until August 27, 2005, for the reasonable time necessary for effective preparation by the defense.

SPEEDY TRIAL ORDER
CR 05-00148 PJH

1  Accordingly, the Court finds the ends of justice served by granting an extension of
2  time from July 20, 2005 to August 17, 2005 at 1:30 P.M. for the reasonable time
3  necessary for effective preparation by the defense outweigh the best interest of the public
4  and the defendant in a speedy trial. The running of the speedy trial clock is tolled from
5  July 20, 2005 to August 17, 2005 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and B(iv).

IT IS SO ORDERED

DATED: 7/21/05

PHYLLIS J. HAMILTON
United States District Judge