KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00148 PJH |
|     Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER VACATING TRIAL DATE** |
| DARRELL ALAN PETERSON, | |
|     Defendant. | |

The above-captioned matter is set for jury trial on October 24, 2005, and pretrial conference on October 12, 2005. The defendant is represented by Joshua Cohen and the government is represented by Jeffrey Finigan, Assistant United States Attorney. The parties agree and stipulate that it is anticipated that the defendant will change his plea to guilty pursuant to a draft Plea Agreement, which was submitted to the Court on September 26, 2005. In light of the anticipated plea and in order to conserve the Court's and attorneys' resources and avoid unnecessary trial preparation, the parties respectfully request that the Court vacate the trial date and keep this matter on calendar for October 12, 2005 at 1:30 p.m., or any other date convenient to the Court, for change of plea.

STIPULATION & ORDER TO VACATE TRIAL
CR 05-00148 PJH

In the unlikely event the defendant does not change his plea as anticipated on October 12, 2005, or whatever other date is chosen by the Court, 54 days will remain on the speedy trial clock pursuant to 18 U.S.C. § 3161(c)(1), which will allow sufficient time to reschedule the trial, if necessary. As of September 26, 2005, 16 days have elapsed pursuant to § 3161(c)(1). Pursuant to § 3161(h)(1)(I), the submission of the draft plea agreement tolls the speedy trial clock while the Court considers the plea agreement. Accordingly, the parties respectfully make the request herein.

Dated: 9/26/05  /s/
JOSHUA COHEN
Attorney for Defendant

KEVIN V. RYAN
United States Attorney

Dated: 9/26/05  /s/
JEFFREY R. FINIGAN
Assistant United States Attorney

Pursuant to the parties' Stipulation and for good cause, the Court hereby **ORDERS** that the trial date of October 24, 2005, is VACATED and the matter is continued to October 12, 2005, at 1:30 p.m. for change of plea.

DATED: 9/27/05

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE