BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0148 PJH |
| Plaintiff, | |
| v. | ORDER FOR PRESCRIPTION EYEGLASSES |
| DARRELL PETERSON, | |
| Defendant. | |

TO: UNITED STATES MARSHAL, NORTHERN DISTRICT OF CALIFORNIA; WARDEN, FCI DUBLIN

Good cause appearing, it is hereby ordered that defendant Darrell Peterson be provided with prescription eyeglasses as soon as possible.

IT IS SO ORDERED.

DATED: 11/18/05

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

- 1 -