FILED
JAN 13 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) Docket Number: CR 05-00148-1 PJH |
| Darrell Alan Peterson | ) |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _January 18, 2006_ be continued until _March 8, 2006_ at _1:30 p.m._.

Date: 1/13/06

Phyllis J. Hamilton
United States District Judge