BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-0148 PJH |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| v. | ) | |
| DARRELL PETERSON, | ) | |
| Defendant. | ) | |

Having entered a guilty plea to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), defendant Darrell Peterson is scheduled to be sentenced by this Court on March 8, 2006.

As a result of inadvertent delays in obtaining Mr. Peterson's medical records and an unexpected personnel shortage in the Probation Office, the draft presentence report in this matter was not received until February 13, 2006. In order to allow the parties the customary interval for lodging objections to the draft report and preparing sentencing memoranda based on the final report, the parties agree and stipulate that the sentencing should be continued for three weeks. Specifically, the parties agree and stipulated that sentencing shall be continued to March 29, 2006

///

CR 05-0148 PJH; STIP TO CONTINUE
SENTENCING                                    1

at 1:30 PM. The probation officer has been notified of the requested continuance and is available on March 29.

IT IS SO STIPULATED.

Dated: 2/22/06

_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 2/22/06

_____
KEVIN V. RYAN
United States Attorney
JEFFREY FINIGAN
Assistant United States Attorney

Accordingly, and for good cause shown, the sentencing hearing scheduled for March 8, 2006 is hereby continued until March 29, 2006 at 1:30 PM.

IT IS SO ORDERED.

Dated: 2/24/06

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

CR 05-0148 PJH; STIP TO CONTINUE
SENTENCING                                          2